IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION<br><br>This Document Relates to: **All Actions**<br>18-469, 18-526, 18-564, 18-638, 18-704,<br>18-882, 18-916, 18-942, 18-957, 18-1083,<br>18-1086, 18-1087, 18-1088, 18-1089,<br>18-1090, 18-1091, 18-1092, 18-1093,<br>18-1098, 18-1100, 18-1116 | Master Docket: Misc. No. 18-798<br><br>MDL No. 2850 |

## AMENDED[1] ORDER

**AND NOW**, this 23rd day of August, 2018, the court having been assigned this multi-district litigation ("MDL"), and in order to facilitate the court's resolution of the cases relating thereto,

**IT IS HEREBY ORDERED** that:

1. Twenty-one (21) separate antitrust actions have been filed in or transferred to this district arising out of allegations that the named defendants unlawfully engaged in a conspiracy not to solicit, recruit, or hire each other's employees without prior approval, or otherwise compete for employees in violations of Sections 1 and 3 of the Sherman Act, 15 U.S.C. §§ 1, 3;

2. The court will be guided by the *Manual for Complex Litigation*, Fourth (the "*Manual*"), as approved by the Judicial Conference of the United States, as well as by the Local

---

[1] This order is the same in substance as the order dated August 22, 2018, entered on the Master Docket at Miscellaneous No. 18-798 and in civil action numbers 18-469, 18-526, 18-1083, 18-1086, 18-1087, 18-1088, 18-1089, 18-1090, 18-1091, 18-1092, 18-1093, 18-1098, 18-1100, and 18-1116. The first order dated August 22, 2018, however, provided that the order related to docket number 18-1618 as opposed to 18-1116. That was a typographical error. The correct case number to which this order relates is 18-1116, and this amended order provides in paragraph 1 that there are twenty-one—as opposed to fourteen—separate antitrust actions included in this MDL.

Rules of Court for the United States District Court for the Western District of Pennsylvania, available at http://www.pawd.uscourts.gov/sites/pawd/files/lrmanual20181101.pdf, and the undersigned's Chambers Rules, available at http://www.pawd.uscourts.gov/sites/pawd/files/conti_pp.pdf. Counsel are directed to familiarize themselves with the *Manual*, the court's Local Rules of Court, and the undersigned's Chambers Rules.

3. The actions filed in the Western District of Pennsylvania and all actions which have been or will be transferred here by the MDL Panel are hereby ordered to be consolidated for pretrial purposes, pursuant to Federal Rule of Civil Procedure 42(a).

4. These actions, and all actions subsequently filed in or transferred to this court, shall be collectively referred to as "*In re: Railway Industry Employee No-Poach Antitrust Litigation*, MDL No. 2850." A Master File Docket number was established for this proceeding at Civil Action No. 18-798. All filings shall be filed in this lead case. If a document pertains to only one or some of the member cases, it will be docketed in the lead case with a notation in the docket text as to the case number(s) to which it pertains and filed in the relevant member cases.

5. A copy of this order shall be filed by the Clerk in the lead case and in each member case, as well as all subsequently filed or transferred cases.

6.	Every pleading or motion in In re: Railway Industry Employee No-Poach Antitrust Litigation, MDL No. 2850 shall have the following caption:

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | ) ) ) ) | Master Docket: Misc. No. 18-798 |
| | ) | MDL No. 2850 |
| This Document Relates to: | ) ) ) ) | |

---

7.	When a pleading or motion is intended to apply in all actions, the words "All Actions" shall appear immediate after or below the words "This Document Relates to" as set forth above. When a pleading, motion, document or other filing relates to all actions, it shall be filed only in the lead case. When a pleading or motion is applicable to less than all actions, then the separate caption and docket number for each action to which the filing is intended shall appear after or below the words "This Document Relates to" as set forth above. When a document relates to less than all actions, it shall be filed in the lead case as well as all relevant cases.

8.	Each case that is subsequently filed or transferred to this Court shall be consolidated with the In re: Railway Industry Employee No-Poach Antitrust Litigation, MDL No. 2850, and this order shall be filed in the relevant case. Any objection to this order shall be made within ten (10) days of the date on which this order is filed on the docket of the relevant case.

9.	This order is made without prejudice to the right of any party to seek a severance of any claim or action.

10. The court hereby directs that an initial case management conference will take place on September 13, 2018, at 10:00 a.m. in courtroom 5A of the United States District Court for the Western District of Pennsylvania.

11. The conference will be for the purpose of addressing the following matters:

   a. service on all parties of summons and complaints;

   b. confidentiality and entry of a protective order governing the same;

   c. preservation of evidence;

   d. *pro hac vice* admissions

   e. selection of lead counsel;

   f. scheduling of the Rule 16 conference; and

   g. appointment of a special master to address pretrial discovery issues, i.e., the parties should be prepared to recommend a special master, including an ESI special master, to the court at the conference.

12. Prior to the conference, the counsel shall meet and confer and prepare: (a) an agenda addressing all matters to be discussed at the conference, including—but not limited to—the matters listed in paragraph 12(a)-(g) of this order; and (2) a proposed case management order. The agenda and proposed case management order shall be filed at the Master File Docket, Civil Action No. 18-798, on or before September 11, 2018.

13. On or before September 11, 2018, any counsel that wants to be considered for lead counsel shall file a resume at the Master File Docket, Civil Action No. 18-798 demonstrating lead counsel, MDL, and trial experience.

**IT IS SO ORDERED.**

/s/ JOY FLOWERS CONTI
Joy Flowers Conti
Chief United States District Judge